**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6795**

———————

TRACY LAMAR CARTER,

Plaintiff - Appellant,

versus

SAWYER MARTIN, Officer, Aiken Department of
Public Safety; MIKE HUNT, Investigator, Aiken
Department of Public Safety; RAYMOND O. SCOTT,
Aiken Department of Public Safety,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Cameron McGowan Currie, District Judge.
(CA-02-1058-1-22BD)

———————

Submitted:  July 18, 2002               Decided:  July 25, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tracy Lamar Carter, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tracy Lamar Carter appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Carter v. Martin, No. CA-02-1058-1-22BD (D.S.C. filed May 8, 2002; entered May 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED